IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| | | |
|---|---|---|
| REBECCA DALBERG AND CORNELIUS DALBERG<br>　　Plaintiffs,<br><br>v.<br><br>ETHICON INC. and JOHNSON & JOHNSON<br><br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:20-cv-00030-ADA-JCM |

## **ORDER**

AND NOW, this _____ day of _____ 2020, upon consideration of Defendants Ethicon, Inc. and Johnson and Johnson's Motion for Leave to File Supplemental Summary Judgment Motion, and Plaintiffs' Response in Opposition, it is **ORDERED** that Defendants' Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____