# EXHIBIT "E"

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-04893-SDG
### Statham v. Ethicon, Inc. et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Chambers on 05/27/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:30 A.M.          COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:30                                        DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Halli Cohn representing Ethicon Inc. |
| | Halli Cohn representing Johnson & Johnson |
| | Christopher Gomez representing Mary Statham |
| | Benjamin Present representing Mary Statham |
| | S. Rumanek representing Ethicon Inc. |
| | S. Rumanek representing Johnson & Johnson |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MOTIONS RULED ON: | [94]Motion for Leave to File DENIED |
| MINUTE TEXT: | Status Conference held telephonically on May 27, 2020. The Court DENIED Defendant's Motion for Leave to File Supplemental Motion for Partial Summary Judgment [ECF 94]. The Court heard from both parties on their proposed pretrial order. The Court instructed the parties to utilize the discovery dispute procedure set forth in the Court's Standing Order for any discovery issues that may arise. The parties informed the Court that they expect a 6-8 day trial. The Court ORDERED counsel to each file an updated leave of absence by Friday, May 29, 2020. The Court will subsequently enter an order with a trial date and any further pretrial deadlines. |
| HEARING STATUS: | Hearing Concluded |