# EXHIBIT "I"

| | |
|---|---|
| **From:** | DCECF_LiveDB@txs.uscourts.gov |
| **To:** | DC_Notices@txsd.uscourts.gov |
| **Subject:** | Activity in Case 4:20-cv-00313 Estrada et al v. Ethicon, Inc. et al Pretrial Conference |
| **Date:** | Friday, April 24, 2020 4:39:11 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 4/24/2020 at 3:38 PM CDT and filed on 4/24/2020
**Case Name:**      Estrada et al v. Ethicon, Inc. et al
**Case Number:**    4:20-cv-00313
**Filer:**
**Document Number:** 60(No document attached)

**Docket Text:**
**Minute entry for proceedings before the Hon. Lee H. Rosenthal. Premotion telephone conference held on April 24, 2020. After hearing argument from counsel for each side, the court denied the defendants request for leave to move for summary judgment, because the defendants failed to show good cause for filing the motion so long after the multidistrict litigation transferee courts October 2018 deadline for filing these motions had expired. Appearances: Eleanor Aldous for Pltf. and Scott Field for Defts.(Court Reporter: K.Miller), filed.(leddins, 4)**


**4:20-cv-00313 Notice has been electronically mailed to:**

Christopher A Gomez     chris.gomez@klinespecter.com, lisa.lewandowski@klinespecter.com

Christopher Robert Cowan     chris.cowan@butlersnow.com, ecf.notices@butlersnow.com, jessica.veiga@butlersnow.com, keeana.kee@butlersnow.com, mary.costello@butlersnow.com, pelvicfilings@butlersnow.com

Eleanor Olson Aldous     eleanor.aldous@klinespecter.com, joanne.mcgahan@klinespecter.com

Katherine Ann Fillmore     katie.fillmore@butlersnow.com, ecf.notices@butlersnow.com,

jessica.veiga@butlersnow.com, katie.fillmore@gmail.com, keeana.kee@butlersnow.com, mary.costello@butlersnow.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Scott King Field     scott.field@butlersnow.com, ecf.notices@butlersnow.com, jessica.veiga@butlersnow.com, keeana.kee@butlersnow.com

**4:20-cv-00313 Notice has not been electronically mailed to:**

Michelle L Tiger
Kline & Specter
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102