# EXHIBIT "J"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON LEPLEY, | : | Civil No. 4:19-CV-01689 |
| Plaintiff, | : | |
| v. | : | |
| ETHICON, INC., and JOHNSON & JOHNSON, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

| | | |
|---|---|---|
| BRENDA SHAFFER, and DANIEL SHAFFER, SR., | : | Civil No. 1:20-CV-00066 |
| Plaintiffs, | : | |
| v. | : | |
| ETHICON, INC., and JOHNSON & JOHNSON, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## CASE MANAGEMENT ORDER

Counsel participated in a telephonic status conference with the court on the 6th day of March, 2020, at which time, agreements were reached by the parties in consultation with the court after review of the parties' joint case management plan. As an initial matter, this Case Management Order applies in both of these cases. These cases will be coordinated for purposes of pretrial case management, but are not consolidated.

1

**IT IS ORDERED THAT**:

1.      **Fact Discovery.**  The parties have requested additional time to complete certain discovery, and the court has agreed to permit additional fact discovery for a limited period of time and subject to the following parameters.  Within 30 days from the date of this order, the parties will update their written discovery responses.  As soon as practicable after receiving the updated written discovery, counsel will identify any additional discovery requested and confer with opposing counsel.  Any discovery requests for which there is no objection will be scheduled promptly by counsel.  If counsel objects to a discovery request, counsel will file a letter to the court explaining the discovery requested and the arguments in support of and against permitting the discovery to proceed.  The court will address any such disputes promptly.  The court expects that this limited additional fact discovery shall be completed by **May 5, 2020**.  All requests for extensions of this deadline shall be made only for good cause shown and at least fourteen days before the expiration of the discovery period.

2.      **Dispositive Motions.**  The defendants have requested an opportunity to file supplemental briefing on their outstanding dispositive motions.  The court will permit defendants to file supplemental briefs, strictly limited to issues or arguments that could not have been raised in the summary judgment briefing in the Southern District of West Virginia as part of the consolidated Multi-District

Litigation proceedings.  If defendants filed any supplemental briefs, they must state the specific impediment to raising each issue or argument in the consolidated Multi-District Litigation proceedings.  Such supplemental briefs shall be filed by **June 5, 2020**.  If defendants file any supplemental briefs, then plaintiffs shall be permitted to file opposition briefs limited to the issues or arguments raises in the supplemental briefs by **June 26, 2020**, and defendants shall be permitted to file reply briefs by **July 10, 2020**.  Briefing shall comply with Local Rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that all briefs shall be filed by the dates above.

                    s/Jennifer P. Wilson
                    JENNIFER P. WILSON
                    United States District Court Judge
                    Middle District of Pennsylvania